UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-7838-SJO (JCR) | Date | April 24, 2008 |
|---|---|---|---|
| Title | **LORRAINE MINNICK v. JO ANNE B. BARNHART** | | |

| Present: The Honorable | JOHN C. RAYBURN, JR., U.S. MAGISTRATE JUDGE | |
|---|---|---|
| Deb Taylor | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH COURT ORDER

    On December 11, 2006, Lorraine Minnick ("Plaintiff") filed a complaint challenging the Commissioner's ("Defendant") denial of Social Security benefits ("Complaint").  On January 5, 2007, the Court issued its Case Management Order.  On April 18, 2007, Defendant served the certified administrative record upon Plaintiff.  On September 17, 2007, Defendant filed an Answer.  Additionally, on September 17, 2007, Defendant filed a copy of the certified administrative record to the Court.

    By the Court's calculation, utilizing the deadlines issued to the parties in the Court's January 5, 2007, Case Management Order, the parties' Joint Stipulation was due on November 26, 2007.  Because the Court did not receive the Joint Stipulation by that date, the Court *sua sponte* issued on order on December 14, 2007, extending the time by which the parties may file a Joint Stipulation to December 28, 2007.

    As of the date of the instant Order, the parties have not filed the Joint Stipulation with the Court.

    Accordingly, on or before **May 15, 2008**, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why the Court should not recommend that this case be dismissed for lack of diligent prosecution and failure to comply with the Court's Order; or (b) file a Joint Stipulation in compliance with the Court's Case Management Order.

    **IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-7838-SJO (JCR) | Date | April 24, 2008 |
|---|---|---|---|
| Title | **LORRAINE MINNICK v. JO ANNE B. BARNHART** | | |

Initials of Preparer       dts06-