Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT

JUN 10 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE MINNICK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 06-7838 SJO(JC)<br><br>(PROPOSED)<br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

　　　　IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

///
///
///
///
///

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2 United States Magistrate Judge's Report and Recommendation, and the Judgment
3 herein on counsel for the parties.
4     LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 6/10/08

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE